UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURA MCCLAIN,<br><br>            Plaintiff,<br><br>       v.<br><br>DOWNEY SAVINGS & LOAN ASSOCIATION F.A., OLD REPUBLIC TITLE COMPANY OF ORANGE COUNTY; DSL SERVICE COMPANY; FANNIE MAE-FEDERAL NATIONAL MORTGAGE ASSOCIATION; FANNIE MAE REMIC TRUST 2007-30; LEHMAN BROTHERS HOLDINGS, INC.; CENTRAL MORTGAGE LOAN SERVICING; PLM LENDER SERVICES, INC.; US BANK NATIONAL MORTGAGE ASSOCIATION, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>            Defendants. | CASE NO. SACV 13-1228 (ANx)<br><br>JUDGMENT |

1  Having dismissed this case, the Court now enters Judgment in favor of all Defendants and
2  against Plaintiff.

5  IT IS SO ORDERED.
6  DATED: October 31, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge